**Michael A. CLARK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 81783.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 7, 2003.

Ruth B. Sanders, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Jefferson City, MO, for respondent.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER III, J.

*ORDER*

PER CURIAM.

Michael A. Clark appeals the denial of his motion for post-conviction relief pursuant to Rule 29.15. We have reviewed the briefs of the parties and the record on appeal and find that the judgment of the motion court is not clearly erroneous. We

affirm the judgment for the reasons stated in the judgment. Rule 84.16(b).